**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 5, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00869-CV

---

### IN RE ROBERT EGNATUK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-49789**

---

## MEMORANDUM OPINION

On October 31, 2019, relator Robert Egnatuk filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court of Harris County, to vacate her October 14, 2019 Order Dismissing Motion for Enforcement.

"Relator must file with the petition: (1) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding; and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." *See* Tex. R. App. P. 52.7(a).

Although realtor's petition references an appendix, relator has not provided our court with an appendix or a record that complies with Rule 52.7(a). We therefore deny relator's petition for writ of mandamus, without prejudice to relator filing a new petition with a record that complies with Rule 52.7(a).

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.